UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61159-CIV-ROSENBAUM/HUNT

EULER MARTINEZ DAVILA, CARLOS
LOPEZ, VILMA RISTUN ELIAS, OMAR
SALIMAR, and LUCIAN GONZALEZ,

    Plaintiffs,

vs.

PALM BEACH LAUNDRY AND LINEN
SERVICE, INC., and AKRAM SHRAITEH,

    Defendants.
_____/

## ORDER

This matter is before the Court upon the parties' Joint Interim Status Report [D.E. 26] and Final Mediation Report [D.E. 27] indicating that the parties had reached settlements of this matter as to four of the five named Plaintiffs. *See* D.E. 26; D.E. 27. In light of the notice of settlements, the Court hereby directs the parties to submit stipulations for dismissal **on or before September 6, 2013**, so that the case may be dismissed as to these Plaintiffs. Additionally, the parties shall submit the settlement agreements for judicial review and approval. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982) (any settlement, bargain, or other compromise resolving an FLSA claim must either be presented to the Secretary of Labor or scrutinized by the district court for fairness). Further, if the parties would like the Court to retain jurisdiction for the limited purpose of enforcing their settlements, they shall expressly include notification to the Court in their stipulations that the dismissals are contingent upon the Court retaining enforcement

jurisdiction.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 27th day of August 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to counsel of record