UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 13-80458-CIV-ROSENBAUM**

EULER MARTINEZ DAVILA, *et al.*,

    Plaintiffs,

vs.

PALM BEACH LAUNDRY AND LINEN
SERVICE, INC. and AKRAM SHRAITEH,

    Defendants.

_____/

**FINAL ORDER APPROVING SETTLEMENT AND DISMISSING WITH PREJUDICE**

This matter is before the Court on the parties' Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice [D.E. 31], filed on September 20, 2013. This Court has the responsibility of approving settlement agreements for cases arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, if the parties choose not to present their settlement to the Secretary of Labor. *See Lynn's Food Stores v. U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court has carefully reviewed the record, the parties' Joint Motion, the settlement agreement attached to it, and is otherwise advised in the premises. The Court finds the settlement agreement to be fair and reasonable.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.    The Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice [D.E. 31] is **GRANTED** and the settlement agreement is **APPROVED**.

2. This case is **DISMISSED** with prejudice as to Plaintiffs EULER MARTINEZ DAVILA, CARLOS LOPEZ, VILMA RISTUN ELIAS, and LUCIAN GONZALEZ only.

3. The Court shall retain jurisdiction to enforce Defendants' obligations to make the payments to Plaintiffs and their attorney as required by the settlement agreement.

4. The case remains pending as to Plaintiff OMAR SALIMAR.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 23rd day of September 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record